**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| EUGENE SMITH | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:06CV01631   SWW |
| UNITED STATES POSTAL SERVICE | * | |
| INSPECTOR GENERAL, ET AL. | * | |
| Defendants | * | |
| | * | |
| | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day,  it is CONSIDERED, ORDERED, and  ADJUDGED  that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 16TH DAY OF FEBRUARY, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE